## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEPHEN SZCZEPANIK, | ) | 3:03-CV-043-HDM (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 27, 2006 |
| THE STATE OF NEVADA, NEVADA DEPARTMENT OF CORRECTIONS, LOVELOCK CORRECTIONAL CENTER, NEVADA DISABILITY ADVOCACY AND LAW CENTER, | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On March 3, 2005, the court entered its Report and Recommendation of U.S. Magistrate Judge (Doc. #34) recommending that Defendants' Motion to Dismiss be denied. On April 1, 2005, the District Judge adopted the Report and Recommendation and denied Defendants' Motion to Dismiss (Doc. #36). Since that time Defendants have failed to file an Answer to Plaintiff's Complaint.

Defendants shall have twenty (20) days from the date of this order in which to answer Plaintiff's Amended Complaint (Doc. #19).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
     Deputy Clerk