UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEPHEN SZCZEPANIK, | ) | 3:03-CV-043-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | April 10, 2007 |
| | ) | |
| THE STATE OF NEVADA, NEVADA DEPARTMENT OF CORRECTIONS, LOVELOCK CORRECTIONAL CENTER, NEVADA DISABILITY ADVOCACY AND LAW CENTER, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

   Defendants have filed an Objection to Report and Recommendation and Request to Reopen Discovery to Address Claims Left Open by Magistrate (Doc. #62).

   Defendants' Request to Reopen Discovery to Address Claims Left Open by Magistrate (Doc. #62) is GRANTED to the extent that the parties will have sixty (60) days from the date of the Order of the District Judge deciding Defendants' Objection to Report and Recommendation to complete discovery on any issues then still remaining.

   IT IS SO ORDERED.

                                                              LANCE S. WILSON, CLERK
                                                              By:      /s/
                                                                   Deputy Clerk